## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                                    **Case No.: 4:20−cr−00351−JM**

**Rhanda Rachael Ramey**                                                                    **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Sentencing has been set in this case for December 8, 2022, at 10:00 AM before Judge James M. Moody Jr. in Little Rock Courtroom # 4A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** November 7, 2022                              AT THE DIRECTION OF THE COURT
                                                                                              TAMMY H. DOWNS, CLERK

                                                                                **By:** Kacie O. Glenn, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas